IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AJZN, INC. A California corporation, formerly known as AERIELLE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-149 GMS |
| DONALD YU, AERIELLE, LLC, GREAT AMERICAN LIFE INSURANCE COMPANY, AERIELLE TECHNOLOGIES, INC., AERIELLE IP HOLDINGS, LLC, and AERIELLE ACQUISITIONS CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

At Wilmington this 26th day of January, 2015, for the reasons set forth in the Memorandum issued this date, IT IS HEREBY ORDERED that:

1. The defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (D.I. 38) is GRANTED-in-part and DENIED-in-part.

_____
UNITED STATES DISTRICT COURT