# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**AJZN, INC. f/k/a AERIELLE, INC.,**

    **Plaintiff,**

  **v.**

**DONALD YU, et al.**

    **Defendants.**

Case No. 13-149-GMS

## [PROPOSED] SCHEDULING ORDER

This _____ day of February, 2015, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on February 6, 2015, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**: The parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). Unless otherwise agreed to by the parties, they shall supplement those initial disclosures (if applicable) on or before February 20, 2015.

2. **Joinder of other Parties and Amendment of Pleadings:** All motions to join other parties and amend the pleadings shall be filed on or before April 27, 2015.

3. **Discovery**: All fact discovery in the case shall be initiated so that it will be completed on or before September 11, 2015.

      a.    **Expert Discovery:** The Parties have agreed to exchange initial expert witness disclosures on October 16, 2015, rebuttal expert witness disclosures on November 13, 2015, and to complete expert witness discovery by December 18, 2015.

      b.    **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a discovery or scheduling matter, the patty seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a Joint Letter Agenda, which is non-argumentative, not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

    4.    **Confidential Information and Papers filed Under Seal**: The Court entered the parties' Joint Stipulation and Proposed Protective Order on May 22, 2013. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

5. **Settlement Conference**: Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate Judge for the purpose of exploring the possibility of a settlement. The parties shall wait to be contacted by the assigned United States Magistrate Judge.

6. **Case Dispositive Motions:** All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before January 15, 2016. Briefing will be presented pursuant to the court's Local Rules. The parties may agree on an alternative briefing scheduling. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

7. **Applications by Motion:** Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Oral Argument:** If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

9. **Pretrial Conference:** On May 2, 2016, beginning at 10:00 a.m., the Court will hold a Pretrial Conference, in Chambers for Jury trials and via telephone for Bench trials, with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the

information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiffs draft, as well as the information defendant proposes to include in the proposed pretrial order. *Motions in limine*: **NO MOTIONS *IN LIMINE* SHALL BE FILED**; instead, the parties shall be prepared to address their evidentiary issues at the Pretrial Conference and during trial (before and after the trial day). The parties shall file with the court the joint Proposed Final Pretrial Order in accordance with the terms and with the information required by the form of Final Pretrial Order, which can be located on this court's website at www.ded.uscourts.gov on or before April 18, 2016.

10. **Trial:** This matter is scheduled for a 5 day jury trial beginning at 9:30 a.m. on May 23, 2016.

11. **Scheduling:** The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE