**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AJZN, INC. f/k/a AERIELLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD YU, *et al.* <br><br> Defendants. | C.A. No. 13-00149-GMS |

**STIPULATION AND [PROPOSED] ORDER AMENDING
PARAGRAPH 16 OF EXHIBIT 1 OF THE PRETRIAL ORDER**

In preparing for trial, Defendants identified an error in Paragraph 16 of Exhibit 1 to the Final Pretrial Order (D.I. 110-01) (the statement of uncontested facts). The phrase "in the amount of $9,133,833.24" should be deleted as an uncontested fact. Paragraph 16 should therefore read as follows:

16. As part of the Restructuring Transaction, among other things, AJZN sold substantially all of its assets (including its 100% interest ownership in ATI) to Aerielle, LLC in exchange for the LLC's assumption of AJZN's liabilities, and a Warrant which gave AJZN the option, after April 20, 2010, to acquire up to 12,000 membership units of Aerielle, LLC.

In all other respects, the Pretrial Order shall remain the same.

Dated: May 21, 2016

| **COOCH AND TAYLOR, P.A.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| /s/ Blake A. Bennett | /s/ Aimee M. Czachorowski |
| Blake A. Bennett (No. 5133) | Francis G.X. Pileggi (No. 2624) |
| Christopher H. Lee (No. 5203) | Aimee M. Czachorowski (No. 4670) |
| R. Grant Dick (No. 5123) | 222 Delaware Avenue, |
| The Brandywine Building | 7th Floor |
| 1000 West Street, 10th Floor | Wilmington, DE  19801 |
| P.O. Box 1680 | (302) 574-7400 |
| Wilmington, DE  19899 | fpileggi@eckertseamans.com |
| (302) 984-3889 | aczachorowski@eckertseamans.com |
| bbennett@coochtaylor.com | |
| clee@coochtaylor.com | |
| gdick@coochtaylor.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

OF COUNSEL:

Lawrence J. Hilton
O'NEILL LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
(949) 798-0500
lhilton@onellp.com

OF COUNSEL:
Michael L. Scheier, *admitted Pro Hac Vice*
Benjamin G. Stewart, *admitted Pro Hac Vice*
Sophia R. Jannace, *admitted Pro Hac Vice*
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
(513) 579-6400
mscheier@kmklaw.com
bgstewart@kmklaw.com
sjannace@kmklaw.com

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
Gregory M. Sleet,                               J.